# MINUTES

CASE NUMBER:        CR 02-00523HG-003

CASE NAME:          UNITED STATES OF AMERICA v. (03) JAMES BOHOL, aka "Special K"

ATTYS FOR PLA:      Loretta A. Sheehan, AUSA

ATTYS FOR DEFT:     (03) Richard Kawana

U.S.P.O.:           Derek M. Kim

JUDGE:     Helen Gillmor           REPORTER:   Stephen Platt

DATE:      November 29, 2007       TIME:       1:30 - 1:50

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

UNITED STATES' MOTION FOR UPWARD DEPARTURE -

The defendant is present in custody.

Defendant's Oral Motion to Release the Defendant is **DENIED.**

Hearing on (1) Order to Show Cause Why Supervised Release Should Not Be Revoked and (2) United States' Motion for Upward Departure (Doc. 384) is **CONTINUED TO JANUARY 8, 2008 AT 10:00 A.M.**

Submitted by: Mary Rose Feria, Courtroom Manager