AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

## UNITED STATES DISTRICT COURT
### District of Hawaii

141523

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00523HG |
| JAMES H. BOHOL (03) aka "Special K" | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JAMES H. BOHOL (03) and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 29 2007

at 9 o'clock and 48 min. A M.
SUE BEITIA, CLERK

SEALED
BY ORDER OF THE COURT

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | November 20, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL    By: Helen Gillmor, Chief United States District Judge

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received<br>Nov. 20, 2007<br>Date of Arrest<br>Nov 26, 2007 | NAME AND TITLE OF ARRESTING OFFICER<br>Anthy L. Cole<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |

Received 2007 NOV 20 PM 3:49 U.S. MARSHALS SERVICE HONOLULU, HI