RICHARD S. KAWANA  #1608
Attorney at Law
4 South King Street, Suite 201
Honolulu, Hawaii  96813
Tel. No.:  (808) 536-6805
Fax No.:  (808) 536-7195
Attorney for Defendant
JAMES BOHOL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG 03 |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING |
| | ) | HEARING ON ORDER TO SHOW |
| v. | ) | CAUSE AND MOTION FOR |
| | ) | UPWARD DEPARTURE; ORDER |
| JAMES BOHOL, | ) | |
| | ) | Old hearing date:   January 8, 2008 |
| Defendant. | ) | Old hearing time:   10:00 a.m. |
| | ) | New Hearing Date: February 12, 2008 |
| | ) | New Hearing Time: 10:00 a.m. |
| | ) | Judge:   Hon. Helen Gillmor |
| _____ | ) | |

STIPULATION CONTINUING HEARING
ON ORDER TO SHOW CAUSE
AND MOTION FOR UPWARD DEPARTURE

It is hereby stipulated and agreed by the parties hereto, by their undersigned

attorneys, that the hearing on the Order to Show Cause Why Supervised Release Should

Not be Revoked, and the Government's Motion for Upward Departure, now scheduled for

Tuesday, January 8, 2008, at 10:00 a.m. shall be and hereby is continued to Tuesday,

February 12, 2008, at 10:00 a.m. before the Honorable Helen Gillmor, Chief United

States District Judge.

/s/ Loretta Sheehan
LORETTA SHEEHAN
Assistant United States Attorney

/s/ Richard S. Kawana
RICHARD S. KAWANA
Attorney for Defendant
JAMES BOHOL

IT IS SO ORDERED.



/s/ Helen Gillmor
Chief United States District Judge

United States of America v. James Bohol, Cr. No. 02-00523 HG  03, Stipulation
Continuing Hearing on Order to Show Cause and Motion for Upward Departure; Order