RICHARD S. KAWANA  #1608
Attorney at Law
810 Richards Street, Suite 851
Honolulu, HI  96813
Telephone:  (808) 536-6805
Facsimile:  (808) 536-9394
E-Mail: None

Attorney for Defendant
JAMES BOHOL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 02-00523 HG 03 |
| | ) | |
| Plaintiff, | ) | MOTION FOR WITHDRAWAL |
| | ) | AND SUBSTITUTION OF |
| v. | ) | COUNSEL; DECLARATION; |
| | ) | CERTIFICATE OF SERVCE |
| JAMES BOHOL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL

Comes Now Richard S. Kawana, CJA counsel for Defendant JAMES BOHOL, and hereby respectfully moves this court for an order allowing counsel to withdraw as attorney of record and respectfully requests the Court appoint a replacement appointed counsel in his stead.

This motion is based upon the records and files of this case, the attached

declaration, and all matters properly before the court demonstrating good cause to grant this motion.

DATED:   Honolulu, Hawaii, January 11, 2008.

                                         /s/ Richard S. Kawana
                                         RICHARD S. KAWANA
                                         Attorney for Defendant
                                         JAMES BOHOL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 02-00523 HG 03 |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES BOHOL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on January 11, 2008, by the method of service noted below, upon the following:

<u>Served Electronically through CM/ECF:</u>
LORETTA A. SHEEHAN
Assistant U.S. Attorney
loretta.sheehan@usdoj.gov

<u>Served Electronically through CM/ECF:</u>

DEREK KIM
U.S. Probation Officer
Derek_Kim@hip.uscourts.gov

<u>Served via U.S. Mail:</u>
JAMES BOHOL
#89137-022
P.O. Box 30080 (FDC)
Honolulu, HI 96820
   Defendant

DATED: Honolulu, Hawaii, January 11, 2008.

   /s/ Richard S. Kawana
RICHARD S. KAWANA
Attorney for Defendant