IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 02-00523 HG 03 |
| | ) | |
| Plaintiff, | ) | DECLARATION |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES BOHOL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION

I, RICHARD S. KAWANA, hereby declare as follows:

1. I am the attorney appointed to represent Defendant JAMES BOHOL in the above-entitled matter;

2. I have been preparing for the order to show cause hearing on behalf of Defendant, and have reviewed the case files and met with defendant to discuss the case;

3. During my meetings with Defendant at the FDC, he has asked that I withdraw as counsel because he does not believe that I can represent his interests in defending his case;

4. By means of letters, telephone communications, and messages from his family members, he has repeated his requests that I withdraw as counsel and a new

counsel be appointed as soon as possible;

    5. Because of the complete breakdown in communications between Defendant and myself, in which he primarily has asked that I withdraw as counsel, I believe that the attorney client relationship has been irreparably broken and I will not be able to communicate with, represent, or assist defendant effectively in his case, and believe that he should be appointed a new counsel in this matter in order to provide defendant with effective assistance of counsel.

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IN TRUE AND CORRECT.

    Dated: Honolulu, Hawaii, January 11, 2008.

    /s/ Richard S. Kawana
    RICHARD S. KAWANA