# MINUTES

CASE NUMBER: CR NO. 02-00523HG

CASE NAME: United States of America Vs. (03) James Bohol

ATTYS FOR PLA: Loretta A. Sheehan

ATTYS FOR DEFT: Richard Kawana

INTERPRETER:

JUDGE: Barry M. Kurren        REPORTER: C6-FTR-l0:51:50

DATE: 01/18/2008              TIME: l0:51am-ll:02am

COURT ACTION: EP: As to Defendant (03) James Bohol-[396] Motion for Withdrawal and Substitution of Counsel-Defendant present in Custody.

The Motion is hereby Granted.

Mr. Kawana to prepare the Order.

Please Note-Portions of the Hearing were sealed with the Defendant and Mr. Kawana present. (Sealed Portions of the Tape-FTR-l0:54:06 thru ll:00:18)

Submitted by Leslie L. Sai, Courtroom Manager