# MINUTES

CASE NUMBER:     CR NO. 02-00523HG

CASE NAME:       USA vs. (03) JAMES BOHOL, aka "Special K"

ATTYS FOR PLA:   Loretta A. Sheehan

ATTYS FOR DEFT:  (03) Louis Michael Ching

INTERPRETER:

JUDGE:   Leslie E. Kobayashi           REPORTER:   FTR-Courtroom 7

DATE:    02/08/2008                    TIME:       11:58-12:10

COURT ACTION:  EP: Hearing on Potential Conflict of Interest of Defendant's Attorney Louis Michael Ching - Defendant (03) James Bohol present in custody.

Atty Louis Michael Ching informed the Court that Defendant has a strong perception that it is all a Govt conspiracy, therefore, any "little thing" may be a big issue in this case.

Court conducted colloquy with Defendant.  Defendant wishes to have **new CJA Atty.**

New CJA Atty will be appointed.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager