# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00523HG |
| CASE NAME: | UNITED STATES OF AMERICA v. (03) JAMES BOHOL, a.k.a. "Special K" |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | (03) Alvin P.K.K. Nishimura |
| U.S.P.O.: | Lisa K.T. Jicha for Derek M. Kim |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | February 13, 2008 | TIME: | 2:45 - 3:00 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

UNITED STATES' MOTION FOR UPWARD DEPARTURE -

The defendant is present in custody.

Discussion held.

Defense counsel Alvin P.K.K. Nishimura needs more time to review discovery.

The hearing on (1) Order to Show Cause Why Supervised Release Should Not Be Revoked and (2) United States' Motion for Upward Departure (Doc. 384) is **CONTINUED to March 27, 2008 at 1:30 p.m.**

Submitted by: Mary Rose Feria, Courtroom Manager