ALVIN K. NISHIMURA #3971
ATTORNEY AT LAW
P.O. Box 4510
Kaneohe, HI 96744-8510
TELEPHONE: 522-6529
FAX:       522-6530

ATTORNEY FOR DEFENDANT
JAMES BOHOL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 25 2008

at 2 o'clock and 35 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; MOTION TO |
| | ) | WITHDRAW AS COUNSEL AND HAVE |
| VS. | ) | NEW COUNSEL APPOINTED; |
| | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JAMES BOHOL | ) | |
| | ) | DATE: |
| Defendant. | ) | TIME: |
| | ) | JUDGE: |
| | ) | |

NOTICE OF MOTION

TO:   ED KUBO
       United States Attorney

       LORETTA SHEEHAN
       Assistant United States Attorney
       PJKK Federal Building
       300 Ala Moana Boulevard, Room 6100
       Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable _____, in his/her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ at _____. or as soon as counsel may be heard.

DATED:   Honolulu, Hawaii    February 21, 2008

_____
ALIVN K. NISHIMURA
ATTORNEY FOR DEFENDANT

ALVIN K. NISHIMURA #3971
ATTORNEY AT LAW
P.O. Box 4510
Kaneohe, HI 96744-8510
TELEPHONE: 522-6529
FAX:         522-6530

ATTORNEY FOR DEFENDANT
JAMES BOHOL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG |
|---|---|---|
| Plaintiff, | ) ) ) | MOTION TO WITHDRAW AS COUNSEL AND HAVE NEW COUNSEL APPOINTED |
| VS. | ) ) ) ) ) | |
| JAMES BOHOL, | ) ) | |
| Defendant. | ) ) | |

**MOTION TO WITHDRAW AS COUNSEL
AND HAVE NEW COUNSEL APPOINTED**

COMES NOW, ALVIN K. NISHIMURA, and moves this Honorable Court pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, to allow present counsel to withdraw and to have new counsel appointed for defendant Bohol. This motion is based upon the declaration of counsel, the records and files in this case, and any evidence that may be adduced at a hearing on this motion.

DATED:     Honolulu, Hawaii February 21, 2008.

ALVIN KAOHU NISHIMURA
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG |
| Plaintiff, | ) ) | DECLARATION OF COUNSEL |
| VS. | ) ) | |
| JAMES BOHOL, | ) ) ) ) ) | |
| Defendant. | ) ) | |

DECLARATION OF COUNSEL

I, ALVIN NISHIMURA, hereby declare as follows:

1. I am counsel for defendant JAMES BOHOL having been appointed pursuant to the Criminal Justice Act.

2. I met with Defendant on February 21, 2008 at the FDC to go over the material and information that I reviewed with respect to the instant matter.

3. I began to discuss each of the issues alleged as violations. After some discussion with Defendant Bohol to obtain information for his defense, Defendant said he didn't trust me, he got upset and he informed me that I was fired and that he wanted me to withdraw as counsel. He then stood up and stomped out of the room out of the room we were meeting in at the FDC.

4. Mr. Bohol's behavior struck me as very odd, as we were not engaged in

any discussion that would be considered antagonistic or contentious. I was simply trying to obtain information from him and asking him to describe his version of the facts relative to the allegations.

5.  However because Mr. Bohol refused to further discuss his case with me and has ordered me to withdraw, I am not able to assist Mr. Bohol with his case, and therefore requests leave of this court to withdraw and to have new counsel appointed.

6.  Defendant is indigent and needs a court appointed counsel to represent him in this case. Counsel respectfully requests that this Honorable Court grant this motion to allow Counsel to withdraw as attorney of record and appoint substitute counsel for Defendant in the above-entitled case.

7.  The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii February 21, 2008

ALVIN K. NISHIMURA
Attorney for Defendant
JAMES BOHOL

CERTIFICATE OF SERVICE

I, ALVIN KAOHU NISHIMURA, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on _____:

LORETTA SHEHAN
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii February 21, 2008.

_____
ALVIN K. NISHIMURA
Attorney for Defendant
JAMES BOHOL