# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR02-00523HG |
| CASE NAME: | USA v. (03) James Bohol, aka "Special K" |
| ATTYS FOR PLA: | Loretta Sheehan |
| ATTYS FOR DEFT: | (03) Alvin Nishimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 3/10/2008 | TIME: | 10:40-10:55:18am |

COURT ACTION: EP: Motion to Withdraw as Counsel and Have New Counsel Appointed as to Defendant (03) James Bohol, a.k.a. "Special K" [406] - defendant present, in custody.

Government opposes Motion.

Motion denied without prejudice.

Government to prepare the order.

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager