ORIGINAL

ALVIN K. NISHIMURA #3971
ATTORNEY AT LAW
P.O. Box 4510
Kaneohe, HI 96744-8510
TELEPHONE: 522-6529
FAX:        522-6530

ATTORNEY FOR DEFENDANT
JAMES BOHOL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2008

at 10 o'clock and 4\_ min. \_\_ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; MOTION TO |
| | ) | WITHDRAW AS COUNSEL AND HAVE |
| VS. | ) | NEW COUNSEL APPOINTED; |
| | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JAMES BOHOL | ) | |
| | ) | DATE: 3/24/08 |
| Defendant. | ) | TIME: 10:30 A.M. |
| | ) | JUDGE: Magistrate Kevin S.C. Chang |
| | ) | |

NOTICE OF MOTION

TO:   ED KUBO
      United States Attorney

      LORETTA SHEEHAN
      Assistant United States Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii 96813

      PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Magistrate Kevin Chang, in his/her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on March 24, 2008 at 10:30 a.m.. or as soon as counsel may be heard.

DATED:     Honolulu, Hawaii     March 19, 2008

_____
ALIVN K. NISHIMURA
ATTORNEY FOR DEFENDANT

ALVIN K. NISHIMURA #3971
ATTORNEY AT LAW
P.O. Box 4510
Kaneohe, HI 96744-8510
TELEPHONE: 522-6529
FAX:        522-6530

ATTORNEY FOR DEFENDANT
JAMES BOHOL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG |
| | ) | |
| Plaintiff, | ) | MOTION TO WITHDRAW AS COUNSEL |
| | ) | AND HAVE NEW COUNSEL APPOINTED |
| VS. | ) | |
| | ) | |
| JAMES BOHOL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL
AND HAVE NEW COUNSEL APPOINTED**

COMES NOW, ALVIN K. NISHIMURA, and moves this Honorable Court pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, to allow present counsel to withdraw and to have new counsel appointed for defendant Bohol. This motion is based upon the declaration of counsel, the records and files in this case, and any evidence that may be adduced at a hearing on this motion.

DATED:    Honolulu, Hawaii March 19, 2008

_____
ALVIN KAOHU NISHIMURA
Attorney for Defendant