IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG |
| Plaintiff, | ) ) ) | DECLARATION OF COUNSEL |
| VS. | ) ) ) | |
| JAMES BOHOL, | ) ) ) | |
| Defendant. | ) ) | |

DECLARATION OF COUNSEL

I, ALVIN NISHIMURA, hereby declare as follows:

1. I am counsel for defendant JAMES BOHOL having been appointed pursuant to the Criminal Justice Act.

2. I previously filed a motion to withdraw as counsel, which this court heard and denied without prejudice.

3. I met with Defendant on March 19, 2008 at the FDC to again attempt to go over the material and information that I reviewed with respect to the instant OSC matter pending against the defendant.

4. I waited in the visitor room approximately 50 minutes before Defendant Bohol came down from his module.

5. As Mr. Bohol entered the private room I was in, the first thing out of his mouth was "I want you to remove your self from my case!"

6. I tried to inform Defendant that I wanted to talk about the allegations against him regarding the OSC.

7. Defendant Bohol started yelling at me, using profanities, and said that he wanted an investigator to dig into the initial facts for which he was convicted. I tried to explain to him that we needed to talk about the allegations relating to the violations of his conditions of Supervised Release.

8. Mr. Bohol continued to use profanities, and with a tone, and physical demeanor which caused me to fear for my safety. I also noticed that the Correctional Officers were looking over from their station, as Mr. Bohol continued with his yelling and swearing and telling me that he wanted me to remove myself from this case.

9. I am unable to meaningfully communicate with Defendant Bohol, and I am afraid for my safety when in his presence.

10. Defendant is indigent and needs a court appointed counsel to represent him in this case. Counsel respectfully requests that this Honorable Court grant this motion to allow Counsel to withdraw as attorney of record and appoint substitute counsel for Defendant in the above-entitled case.

11. I would also note that the discovery provided to me makes reference to Defendant being found mentally ill while incarcerated. I have also been informed by several of Defendant's prior attorneys that they believe Mr. Bohol to suffer from some form of mental illness. In addition, at the hearing before Judge Gillmor on February 13, 2008, Ms. Sheehan informed the Court that based upon information she received from the probation officer, that there was a question as to Defendant's mental health.

12. In any event, as a result of Defendant's threatening conduct and demeanor toward's myself, I can no longer represent Mr. Bohol, as I am in fear for my safety.

13. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii March 19, 2008

ALVIN K. NISHIMURA
Attorney for Defendant
JAMES BOHOL