## CERTIFICATE OF SERVICE

I, ALVIN KAOHU NISHIMURA, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on 3/20/08:

LORETTA SHEHAN
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii March 19, 2008

_____
ALVIN K. NISHIMURA
Attorney for Defendant
JAMES BOHOL