# MINUTES

CASE NUMBER:       CR02-00523HG

CASE NAME:         USA v. (03) James Bohol, aka "Special K"

ATTYS FOR PLA:     Loretta Sheehan

ATTYS FOR DEFT:    (03) Alvin Nishimura

INTERPRETER:

---

JUDGE:    Kevin S. C. Chang          REPORTER:    FTR C5

DATE:     3/24/2008                  TIME:        10:42-10:50:58am

---

COURT ACTION:  EP:  Motion to Withdraw as Counsel and Have New Counsel Appointed as to Defendant (03) James Bohol, a.k.a. "Special K" [411] - defendant present, in custody.

Government has no objection to the Motion.

Motion granted.  Court to appoint new CJA counsel to represent defendant 03.

Mr. Nishimura to prepare the Withdrawal and Substitution of Counsel.

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager