STUART N. FUJIOKA 4223
1188 Bishop St. #1006
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@snfaal.com

Attorney for defendant James Bohol

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2008

at 11 o'clock and 03 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>V.<br><br>James Bohol, [03]<br>a.k.a. "Special K,"<br><br>Defendant. | Cr. No. 02-00523 HG<br><br>DEFENDANT JAMES BOHOL'S MOTION TO CONTINUE 4/25/08 HEARING ON: 1] ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AND 2] GOVERNMENT'S MOTION FOR UPWARD DEPARTURE; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

<u>DEFENDANT JAMES BOHOL'S MOTION TO CONTINUE 4/25/08 HEARING ON: 1] ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AND 2] GOVERNMENT'S MOTION FOR UPWARD DEPARTURE</u>

Defendant, through counsel and in accordance with F.R.Cr.Pro. Rule 47, Amendment VI to the U.S. Constitution and 18 U.S.C. §3006A moves to continue the hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked and the Government's Motion for Upward Departure, which are currently set for April 25, 2008 at 11:00 a.m. before the Hon. Helen Gillmor. This motion is supported by the attached declaration of counsel, which details the recent appointment of counsel and the ongoing effort to obtain evidence and prepare legal arguments, towards

adequate representation.  Defendant respectfully requests six-week continuance, to the week of June 2, 2008.  The government does not object.

Dated: Honolulu, Hawaii, _____APR 2 1 2008_____.

---
Stuart N. Fujioka attorney for movant James Bohol