IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>V.<br><br>James Bohol,     [03]<br>a.k.a. "Special K,"<br><br>Defendant. | Cr. No. 02-00523 HG |

DECLARATION OF COUNSEL

Stuart N. Fujioka, an attorney duly licensed before this Honorable Court, hereby declares that the following is true and based on personal knowledge.

1. I am court-appointed counsel for defendant/movant James Bohol and am authorized to make this declaration.

2. I was recently appointed following withdrawal of at least two prior court-appointed attorneys.

3. It is my understanding that if defendant fails to show cause to prevent revocation and the Court grants the Government's motion, defendant faces 5 years in prison.

4. On 4/15/08 I received a copy of the Probation Officer's lengthy report and compendium of exhibits.

5. Two of the main alleged violations relate to the adequacy of

      defendant's efforts at employment.

      A.   Defendant claims that his employment options are severely limited by his medical conditions of sleep apnea, shoulder injury and back injury.

      B.   Review of the Probation Officer's writing suggests that he is not convinced of defendant's physical disabilities.

      C.   The Officer has requested letters from defendant's health care providers but has not received or reviewed their records.

      D.   I have secured defendant's authorization and mailed records requests to four of defendant's treating physicians.

6.   Defendant will be providing me with his legal research, with which he plans to challenge the legality of supervision conditions and/or the manner in which they are being enforced.

7.   The interests of adequate representation, as guaranteed by Amendment VI to the U.S. Constitution and 18 U.S.C. §3006A, require continuance of the hearing on the motions relating to revocation of supervised release and resentencing.

8.   Based on my prior experience in obtaining medical records and communication with incarcerated defendants, I believe that the defense needs at least six more weeks to prepare

   for hearing, and requests continuance to the week of June 2, 2008.

9. The Government, through assistant U.S. Attorney Loretta Sheehan, does not object.

Dated: Honolulu, Hawaii, April 18, 2008.

_____
Stuart N. Fujioka
C:\Doc\Fedcrim\2008\Bohol\m-cont-osc.001.wpd