# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00523HG-003 |
| CASE NAME: | UNITED STATES OF AMERICA v. (03) JAMES BOHOL, a.k.a. "Special K" |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | (03) Stuart N. Fujioka, Esq. |
| INTERPRETER: | Derek M. Kim |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | April 28, 2008 | TIME: | 9:40 - 10:10 |

COURT ACTION:

The defendant is present in custody.

Defendant James Bohol's Motion to Continue 4/25/2008 Hearing on: (1) Order to Show Cause Why Supervised Release Should Not Be Revoked and (2) Government's Motion for Upward Departure (Doc. 426) is **GRANTED.**

A status conference is set for **May 8, 2008 at 2:15 p.m.** At the hearing, a date will be set on the (1) Order to Show Cause Why Supervised Release Should Not Be Revoked and (2) United States' Motion for Upward Departure (Doc. 384). Defense counsel shall submit a report in terms of where he is in his analysis of the materials that he has collected.

Defense counsel shall provide copies of the report to the government. Counsel shall also provide a list of expert witnesses.

    Submitted by: Mary Rose Feria, Courtroom Manager