# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00523HG-003 |
| CASE NAME: | UNITED STATES OF AMERICA v. (03) JAMES BOHOL, a.k.a., "Special K" |
| ATTY FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTY FOR DEFT: | (03) Stuart N. Fujioka, Esq. |
| U.S.P.O.: | Derek M. Kim |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | May 8, 2008 | TIME: | 2:25 - 2:30 |

COURT ACTION:  TO SET HEARING DATE FOR (01) ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AND (2) UNITED STATES' MOTION FOR UPWARD DEPARTURE -

Defendant is present in custody.

Discussion held.

On or before May 23, 2008, defendant shall provide to the government any discovery regarding mental/physical defense.

The hearing for (1) Order to Show Cause Why Supervised Release Should Not Be Revoked and (2) [384] United States' Motion for Upward Departure is set for **May 29, 2008 at 3:00 p.m.**

    Submitted by: Mary Rose Feria, Courtroom Manager