# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00523HG-003 |
| CASE NAME: | UNITED STATES OF AMERICA v. (03) JAMES BOHOL, a.k.a., "Special K" |
| ATTY FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTY FOR DEFT: | (03) Stuart N. Fujioka, Esq. |
| U.S.P.O.: | Derek M. Kim |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | May 29, 2008 | TIME: | 3:00 - 3:30 |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (03) JAMES BOHOL, a.k.a., "Special K" -

UNITED STATES' MOTION FOR UPWARD DEPARTURE AS TO DEFENDANT (03) JAMES BOHOL, a.k.a., "Special K"

GOVERNMENT'S MOTION FOR JUDICIAL DETERMINATION OF THE MENTAL COMPETENCY OF THE ACCUSED -

Defendant is present, in custody.

Government's Motion for Judicial Determination of the Mental Competency of the Accused (Doc. 439) is **GRANTED**. By agreement of the parties, the evaluation is to include an assessment of the defendant's sanity during the time of his supervised release pursuant to Title 18 U.S.C. § 4242. The government to prepare a written proposed order.

The evaluation will be due pursuant to statute 4 months after receipt of the order by the facility.

The hearing on (1) Order to Show Cause Why Supervised Release Should Not Be Revoked and (2) United States' Motion for Upward Departure (Doc. 384) shall be calendared upon receipt of the evaluation by the Court.

The defendant is remanded to the custody of the USMS.

Submitted by: Mary Rose Feria, Courtroom Manager