ORIGINAL

STUART N. FUJIOKA 4223
1188 Bishop St. #1006
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@snfaal.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 04 2008

at __ o'clock and 35 min. __M.
SUE BEITIA, CLERK

Attorney for defendant James Bohol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>V.<br><br>James Bohol, [03]<br>a.k.a. "Special K,"<br><br>Defendant. | Cr. No. 02-00523 HG<br><br>DEFENDANT JAMES BOHOL'S [03] NOTICE OF APPEAL FROM THE COURT'S ORDER GRANTING THE GOVERNMENT'S 5/28/08 MOTION FOR JUDICIAL DETERMINATION OF THE MENTAL COMPETENCY OF THE ACCUSED; CERTIFICATE OF SERVICE |

DEFENDANT JAMES BOHOL'S [03] NOTICE OF APPEAL FROM THE COURT'S ORDER GRANTING THE GOVERNMENT'S 5/28/08 MOTION FOR JUDICIAL DETERMINATION OF THE MENTAL COMPETENCY OF THE ACCUSED

Notice is hereby given, in accordance with F.R.A.P. Rule 4(b), 18 U.S.C. §4241 and 28 U.S.C. §1291 that defendant James Bohol appeals to the United States Court of Appeals for the Ninth Circuit, from the Order Granting the Government's 5/28/08 Motion for Judicial Determination of the Mental Competency of the Accused, issued at hearing on May 29, 2008 before the Hon. Helen Gillmor.

The Court's order conclusively determined a disputed question, resolved an important issue completely separate from

ORIGINAL

the merits of the case and is effectively unreviewable on appeal from a final judgment.

Dated: Honolulu, Hawaii, June 3, 2008.

_____
Stuart N. Fujioka, attorney
for defendant-appellant

C:\Doc\Fedcrim\2008\Bohol\appeal-not.001.wpd

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>V.<br><br>James Bohol,    [03]<br>a.k.a. "Special K,"<br><br>Defendant. | Cr. No. 02-00523 HG |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to:

Loretta Sheehan
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850
for the United States of America

Derek Kim
U.S. Probation
300 Ala Moana Blvd. #2-215
Honolulu, HI 96850

Dated: Honolulu, Hawaii, June 3, 2008.

_____
Stuart N. Fujioka

C:\Doc\Fedcrim\2008\Bohol\certserv.001.wpd