ORIGINAL

STUART N. FUJIOKA 4223
1188 Bishop St. #1006
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@snfaal.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 06 2008
at __ o'clock and ___ min __ M.
SUE BEITIA, CLERK

Attorney for defendant James Bohol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>V.<br><br>James Bohol, [03]<br>a.k.a. "Special K,"<br><br>Defendant. | Cr. No. 02-00523 HG<br><br>DEFENDANT JAMES BOHOL'S MOTION FOR STAY OF ORDER GRANTING THE GOVERNMENT'S 5/28/08 MOTION FOR JUDICIAL DETERMINATION OF THE MENTAL COMPETENCY OF THE ACCUSED; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

DEFENDANT JAMES BOHOL'S MOTION FOR STAY OF ORDER GRANTING THE
GOVERNMENT'S 5/28/08 MOTION FOR JUDICIAL DETERMINATION OF THE
MENTAL COMPETENCY OF THE ACCUSED

Defendant James Bohol [03], through counsel and in accordance with F.R.Cr.P. Rule 47, moves for stay of the Order Granting the Government's 5/28/08 Motion for Judicial Determination of the Mental Competency of the Accused pending appeal, the notice of which was filed on 6/4/08. This motion is supported by the attached memorandum and the entire record.

Dated: Honolulu, Hawaii, June 5, 2008.

_____
Stuart N. Fujioka, attorney for
defendant-appellant James Bohol

ORIGINAL