IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>V.<br><br>James Bohol,     [03]<br>a.k.a. "Special K,"<br><br>Defendant. | Cr. No. 02-0523 HG |

MEMORANDUM IN SUPPORT OF MOTION

Defendant is on Supervised Release following a prison term, and the Order to Show Cause why Release Should Not Be Revoked, along with Motion for Upward Departure at Sentencing have been pending since November 2007. On 5/28/08, the Government moved for Judicial Determination of the Mental Competency of the Defendant. At hearing on 5/29/08, the Court granted the motion and further ordered that the evaluation would also include assessment of defendant's capacity to commit the alleged violations of Supervised Release.

**Viable Appeal is Pending**

On 6/4/08, defendant filed a Notice of Appeal. Orders for confinement and psychiatric evaluation are appealable because they 1] conclusively determine a disputed question; 2] resolve an important issue completely separate from the merits of the

action; and 3] are effectively unreviewable on appeal from a final judgment. U.S. v. Weissberger, 951 F.2d 392, 396 (D.C. Cir. 1991). Accordingly, defendant is timely and properly seeking review by the Ninth Circuit.

**Remedy Meaningless Without Stay**

Should defendant prevail on appeal, he will have already suffered the harm he is trying to prevent. The D.C. Cirucit, which decided Weissberger, has since suggested that the appropriate procedure is to allow immediate appeal and stay pending review. See U.S. v. Weston, 194 F.3d 145, 148 (D.C. Cir. 1999). Accordingly, defendant should not be examined in accordance with the Court's existing order unless and until it survives appellate scrutiny. In the meantime, to prevent prejudice to defendant he should be released subject to reasonable conditions.

**Conclusion**

Defendant respectfully requests stay of mental evaluation proceedings while this issue remains on appeal, along with release on reasonable conditions.

Dated: Honolulu, Hawaii, June 5, 2008.

_____
Stuart N. Fujioka, attorney
for defendant James Bohol

C:\Doc\Fedcrim\2008\Bohol\mtn-stay.001.wpd

2