IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>V.<br><br>James Bohol,           [03]<br>a.k.a. "Special K,"<br><br>Defendant. | Cr. No. 02-00523 HG |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to:

Loretta Sheehan
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850
for the United States of America

Derek Kim
U.S. Probation
300 Ala Moana Blvd. #2-215
Honolulu, HI 96850

Dated: Honolulu, Hawaii, June 6, 2008.

_____
Stuart N. Fujioka

C:\Doc\Fedcrim\2008\Bohol\certserv.001.wpd