IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. __Cr. No. 02-253 HG 03__

Short Case Title __U.S. v. James Bohol__

Date Notice of Appeal Filed by Clerk of District Court __June 4, 2008__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 09 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| Please see attached | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(x)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____  Estimated date for completion of transcript _____

Print Name of Attorney __Stuart N. Fujioka__  Phone Number __[808] 544-0068__

Signature of Attorney _____

Address __1188 Bishop St. #1006 Honolulu, HI 96813__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____  Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia_____    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

ORIGINAL

| Date | Reporter | Proceeding |
|---|---|---|
| 05/29/08 | Gloria Bediamol | Motion for Judicial Determination of Mental Competency of the Accused |

C:\Doc\Fedcrim\2008\Bohol\trns-req.001.wpd