```
EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes

LORETTA SHEEHAN #4160
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT RESPONSE TO |
| | ) | DEFENDANT JAMES BOHOL'S |
| vs. | ) | MOTION FOR STAY OF ORDER |
| | ) | GRANTING THE GOVERNMENT'S |
| JAMES BOHOL, | ) | 5/28/08 MOTION FOR JUDICIAL |
| a.k.a. "Special K," | ) | DETERMINATION OF THE MENTAL |
| | ) | COMPETENCY OF THE ACCUSED; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| _____ | ) | |

GOVERNMENT RESPONSE TO DEFENDANT JAMES BOHOL'S MOTION FOR
STAY OF ORDER GRANTING THE GOVERNMENT'S 5/28/08 MOTION FOR
<u>JUDICIAL DETERMINATION OF THE MENTAL COMPETENCY OF THE ACCUSED</u>

The United States, through Assistant U.S. Attorney Loretta Sheehan, does not oppose a stay of the Order Granting the Government's 5/28/08 Motion for Judicial Determination of the Mental Competency of the Accused, by which the government assumes the defendant, James Bohol means a stay of the Amended Order

Compelling Psychological Examination and Report, filed June 5, 2008, in that it appears that such an order is reviewable on appeal.  See United States v. Weissberger, 951 F.2d 392 (D.C. Cir. 1991).

The United States opposes the suggestion, however, that the defendant should be "released subject to reasonable conditions."  The United States contends that the defendant has a history of criminal behavior and of demonstrated hostility towards his court-appointed attorneys which indicates danger to the community.  In addition, the defendant was frequently homeless and always unemployed while he was on supervised release under the supervision of United States Probation Officer Derek Kim, both of which factors indicate flight risk.  For these reasons the defendant should be detained pending the outcome of his appeal.

DATED:  June 12, 2008, at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

By  /s/ Loretta Sheehan
    LORETTA SHEEHAN
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

bohol/responsetomotiontostay4241order

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF**:

    Stuart N. Fujioka, Esq.    June 12, 2008
    stuart@snfaal.com

    Attorney for Defendant
    JAMES BOHOL

**Served by Hand-Delivery**:

    U.S. Probation Office    June 12, 2008
    Attn:  Derek M. Kim
    300 Ala Moana Blvd., Room 2-215
    Honolulu, Hawaii 96850

DATED:  June 12, 2008, at Honolulu, Hawaii.

                              /s/ Iris Tanaka