# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00523HG-003 |
| CASE NAME: | UNITED STATES OF AMERICA v. (03) JAMES BOHOL, a.k.a., "Special K" |
| ATTY FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTY FOR DEFT: | (03) Stuart N. Fujioka, Esq. |
| U.S.P.O.: | Derek M. Kim |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | June 13, 2008 | TIME: | |

**MINUTE ORDER**

On May 29, 2008, the Court granted the Government's MOTION FOR JUDICIAL DETERMINATION OF THE MENTAL COMPETENCY OF THE ACCUSED, (Doc. 439). On June 5, 2008 the Court entered the written AMENDED ORDER COMPELLING PSYCHOLOGICAL EXAMINATION AND REPORT ("Amended Order"). (Doc. 443.)

On June 4, 2008, Defendant James Bohol filed a NOTICE OF APPEAL FROM THE COURT'S ORDER GRANTING THE GOVERNMENT'S 5/28/08 MOTION FOR JUDICIAL DETERMINATION OF THE MENTAL COMPETENCY OF THE ACCUSED, (Doc. 441).

On June 6, 2008, Defendant Bohol filed a MOTION FOR STAY OF ORDER GRANTING THE GOVERNMENT'S 5/28/08 MOTION FOR JUDICIAL DETERMINATION OF THE MENTAL COMPETENCY OF THE ACCUSED ("Motion To Stay"), (Doc. 444). In the Motion To Stay, Defendant requests a stay of the "Order Granting the Government's 5/28/08 Motion for Judicial Determination of the Mental competency of the Accused pending appeal." The Court interprets this as a request to stay the Amended Order. The Defendant also requests that he be "released subject to reasonable conditions."

On June 12, 2008, the Government filed a Response to the Motion to Stay, (Doc. 446). In the Response, the Government stated that it does not oppose a stay of the Amended Order. The government opposes the request that Defendant be released

pending the appeal.

     In view of the request for release, the Court will hold a probable cause hearing at 2:45 p.m. on June 16, 2008.

     Submitted by: Mary Rose Feria, Courtroom Manager