TO: Clerk, U.S. Court of Appeals          Date: June 17, 2008

FROM: Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE: U.S.A. vs James Bohol, aka Special K

U.S.D.C CASE NO. CR 02-00523HG-03

U.S.D.C. JUDGE: Helen Gillmor

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED: 12/12/02

APPEALED ORDER FILED: 05/28/08

NOTICE OF APPEAL FILED: 06/04/08

## COUNSEL INFORMATION

APPELLANT:
Stuart N. Fujioka, Esq.
1188 Bishop St., Ste. 1006
Honolulu, HI  06813

APPELLEE:
Loretta Sheehan, AUSA
Office of the United States Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96825

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:

F/P GRANTED: __

NO OF DAYS OF TRIAL: __

CUSTODY: ✓

BAIL: __

COUNSEL WAIVED: __

COURT REPORTER(S): ENCLOSED DOCKET SHEETS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**   U.S.A. vs. James Bohol, aka Special K

     **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

     **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

     **U.S. DISTRICT COURT DOCKET NUMBER:**  CR 02-00523HG-03

II    **DATE NOTICE OF APPEAL FILED:**   06/04/08

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**   CJA

     **DOCKET FEE PAID ON:**         **AMOUNT:**

     **NOT PAID YET:**            **BILLED:**

     **U.S. GOVERNMENT APPEAL:**     **FEE WAIVED:**

     **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

     **IF YES, SHOW DATE:**

     **WAS F.P. STATUS REVOKED:**     **DATE:**

     **WAS F.P. STATUS LIMITED IN SOME FASHION?**

     **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

     Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

June 17, 2008

Loretta Sheehan, AUSA
Office of the United States Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI  96825

    IN RE:    U.S.A v. James Bohol, aka Special K
    CR NO.   CR 02-00523HG-03

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 06/04/08.

    All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.

                                 Sincerely,
                                 Sue Beitia, Clerk

                                 By    Laila M. Geronimo
                                       Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Stuart N. Fujioka, Esq.
        with copy of instructions for criminal appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet