# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**F I L E D**

JUN 2 4 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

### DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    U.S.A. vs. James Bohol, aka Special K

**U.S. COURT OF APPEALS DOCKET NUMBER:**    08 - 10285

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:**    CR 02-00523HG-03

II    **DATE NOTICE OF APPEAL FILED:**    06/04/08

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2008

at ____ o'clock and ____ min. ____ M.
SUE BEITIA, CLERK

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**    CJA

**DOCKET FEE PAID ON:**                **AMOUNT:**

**NOT PAID YET:**                    **BILLED:**

**U.S. GOVERNMENT APPEAL:**        **FEE WAIVED**:

**WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE**:

**WAS F.P. STATUS REVOKED**:        **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY**:

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S.
Court of Appeals Docket Fee.)