ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN     #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
P.O. Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 30 2008
at 2 o'clock and 40 min. P.M.
SUE BEITIA, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| JAMES BOHOL, a.k.a. "Special K," | ) | |
| Defendant. | ) | |

STIPULATION TO CONTINUE PRELIMINARY HEARING

The United States of America, through Assistant U.S. Attorney Loretta Sheehan, and Defendant James Bohol, stipulate to continue the date of the defendant's preliminary hearing, currently set for June 16, 2008 before the Honorable Helen Gillmor to June 30, 2008 at 2:30 p.m. before the Honorable Helen

Gillmor. The reason for the continuance is unavailability of defense counsel.

DATED: June 30, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By **/s/ Loretta Sheehan**
LORETTA SHEEHAN
Assistant U.S. Attorney

**/s/ Stuart Fujioka**
STUART FUJIOKA
Attorney for Defendant
JAMES BOHOL

IT IS SO ORDERED:

**/s/ Helen Gillmor**
HELEN GILLMOR
CHIEF JUDGE, U.S. DISTRICT COURT
DISTRICT OF HAWAII

United States v. James Bohol
Cr. No. 02-00523 HG
Stipulation to Continue Preliminary Hearing