# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00523HG-003 |
| CASE NAME: | UNITED STATES OF AMERICA v. (03) JAMES BOHOL, a.k.a. "Special K" |
| ATTY FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTY FOR DEFT: | (03) Staurt N. Fujioka, Esq. |
| U.S.P.O.: | Derek Kim |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | June 30, 2008 | TIME: | 2:40 - 4:25 |

COURT ACTION:        PROBABLE CAUSE HEARING -

The defendant is present, in custody.

The Court received a handwritten letter from defendant James Bohol. The Court provided Ms. Sheehan and Mr. Fujioka copies of Mr. Bohol's letter. The Court will strike Mr. Bohol's letter. The letter is filed under seal.

CST Derek Kim

Counsel's oral argument.

Court finds that the defendant is a flight risk. In terms of the danger of the community, until his mental state is determined, this remains an issue.

Defendant's Motion to Release the defendant is **DENIED** . Court finds that there is a probable cause to hold him in custody nunc pro tunc.

The Court further finds that due to the defendant's repeated change of counsel, this is the Court's first opportunity to hold the probable cause hearing.

Court will grant the stay with respect to the mental health evaluation. The government has no objection.

The defendant is remanded to the custody of the USMS.

Submitted by: Mary Rose Feria, Courtroom Manager