ORIGINAL

STUART N. FUJIOKA 4223
1188 Bishop St. #1006
Honolulu, HI 96813
ph.(808) 524-8833, fax 521-4221
e-mail: stuart@snfaal.com

Attorney for defendant James Bohol

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 07 2008

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>James Bohol, [03]<br>a.k.a. "Special K,"<br><br>Defendant. | Cr. No. 02-00523 HG<br><br>DEFENDANT JAMES BOHOL'S [03] NOTICE OF APPEAL FROM THE COURT'S ORDER GRANTING 6/30/08 ORDER FINDING PROBABLE CAUSE AND DETENTION PENDING APPEAL FROM THE ORDER GRANTING MOTION FOR DETERMINATION OF MENTAL COMPETENCY; CERTIFICATE OF SERVICE |

DEFENDANT JAMES BOHOL'S [03] NOTICE OF APPEAL FROM THE COURT'S ORDER GRANTING 6/30/08 ORDER FINDING PROBABLE CAUSE AND DETENTION PENDING APPEAL FROM THE ORDER GRANTING MOTION FOR DETERMINATION OF MENTAL COMPETENCY

Notice is hereby given, in accordance with F.R.A.P. Rule 4(b), 18 U.S.C. §4241 and 28 U.S.C. §1291 that defendant James Bohol appeals to the United States Court of Appeals for the Ninth Circuit, from the Court's 6/30/08 Order Finding Probable Cause and Detention Pending Appeal from the Order Granting Motion for Determination of Mental Competency.

The Court's order conclusively determined a disputed question, resolved an important issue completely separate from

the merits of the case and is effectively unreviewable on appeal from a final judgment. Defendant suggests consolidating this matter with the 6/4/08 appeal from the Order Granting Mental Examination, docketed as Ninth Circuit Case No. 08-10285.

Dated: Honolulu, Hawaii, July 7, 2008.

                                    Stuart N. Fujioka, attorney
                                    for defendant-appellant

C:\Doc\Fedcrim\2008\Bohol\appeal-not.001.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>V.<br><br>James Bohol,          [03]<br>a.k.a. "Special K,"<br><br>Defendant. | Cr. No. 02-00523 HG |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to:

    Loretta Sheehan
    300 Ala Moana Blvd. Ste. 6100
    Honolulu, Hawaii 96850
    for the United States of America

    Derek Kim
    U.S. Probation
    300 Ala Moana Blvd. #2-215
    Honolulu, HI 96850

Dated: Honolulu, Hawaii, July 7, 2008

                                                          Stuart N. Fujioka

C:\Doc\Fedcrim\2008\Bohol\certserv.001.wpd