TO:        Clerk, U.S. Court of Appeals                              Date: July 11, 2008

FROM:    Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

CASE INFORMATION

COMPLETE TITLE:        U.S.A. vs James Bohol a.k.a. "Special K"

U.S.D.C CASE NO.       CR 02-00523HG-03

U.S.D.C. JUDGE:        Helen Gillmor

COMPLAINT (✓ ), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED:  12/10/02

APPEALED ORDER FILED:        06/30/08

NOTICE OF APPEAL FILED:      07/07/08

COUNSEL INFORMATION

APPELLANT:                         APPELLEE:
Stuart N. Fujioka, Esq.            Loretta Sheehan, AUSA
1188 Bishop St. #1006              Office of the U.S. Attorney
Honolulu, HI   96813               300 Ala Moana Blvd., Rm. 6100
                                   Honolulu, HI   96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA

            (e.g. C.J.A., Public Defender, Other.)

DEFENDANT INFORMATION

ADDRESS:                           CUSTODY:              ✓

                                   BAIL:                 __
F/P GRANTED:        __
                                   COUNSEL WAIVED:       __
NO OF DAYS OF TRIAL:  __
                                   COURT REPORTER(S):   Debra Chun

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** U.S.A. vs. James Bohol a.k.a. "Special K"

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00523HG-03

II  **DATE NOTICE OF APPEAL FILED:** 07/07/08

III **U.S. COURT OF APPEALS PAYMENT STATUS:** 07/07/08 - Filing fee $455 waived.

   **DOCKET FEE PAID ON:**           **AMOUNT:**

   **NOT PAID YET:**                 **BILLED:**

   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**      **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

___

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

July 11, 2008

Loretta Sheehan, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI  96850

IN RE:     U.S.A v. James Bohol a.k.a. "Special K"
CR NO.     CR 02-00523HG-03

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 07/07/08.

All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.

Sincerely,
Sue Beitia, Clerk
By    Laila M. Geronimo
Deputy

Enclosures

cc:     Clerk, 9th CCA w/copy of NA,
            docket sheet, dfnf
        Stuart N. Fujioka, Esq.
            with copy of instructions for criminal appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet