UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

**08-10309**

I. **SHORT CASE TITLE:** U.S.A. vs. James Bohol a.k.a. "Special K"

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00523HG-03

II. **DATE NOTICE OF APPEAL FILED:** 07/07/08

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** 07/07/08 - Filing fee $455 waived.

   **DOCKET FEE PAID ON:**            **AMOUNT:**
   **NOT PAID YET:**                  **BILLED:**
   **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**
   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**
   **IF YES, SHOW DATE:**
   **WAS F.P. STATUS REVOKED:**       **DATE:**
   **WAS F.P. STATUS LIMITED IN SOME FASHION?**
   **IF YES, EXPLAIN:**

   RECEIVED
   CLERK U.S. DISTRICT COURT
   JUL 18 2008
   DISTRICT OF HAWAII

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)