IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. **CrN002-0523 HG 03**

Short Case Title **U.S.A v. James Bohol**

Date Notice of Appeal Filed by Clerk of District Court **July 7, 2008**

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| Please see attached. | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 31 2008
at 11 o'clock and 20 min. a.m. M.
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **7/31/08**   Estimated date for completion of transcript _____
Print Name of Attorney **Stuart N. Fujioka**   Phone Number **808 544 0068**
Signature of Attorney _____
Address **1188 Bishop St #1006  Honolulu, HI 96813**

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

ORIGINAL

U.S. v. James Bohol, USDC Hawaii Cr. No. 02-0523 HG 03

Transcripts requested and designated

| date | Reporter | proceeding |
| --- | --- | --- |
| March 15, 2004 | Steve Platt | Sentencing |
| June 30, 2008 | Debra Chun | Hearing on Probable Cause for detention pending appeal of order granting Mental Evaluation |

C:\Doc\Federim\2008\Bohol\trns-req.002.wpd