ORIGINAL

**FILED**

UNITED STATES COURT OF APPEALS

AUG 19 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-10285 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 1:02-cr-00523-HG |
| v. | District of Hawaii, Honolulu |
| JAMES H. BOHOL, a.k.a. Special K, | |
| Defendant - Appellant. | ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 26 2008

at __ o'clock and __ min __
SUE BEITIA, CLERK

A review of the record suggests that this court may lack jurisdiction over the appeal because the district court's May 29, 2008 order referring appellant for a competency evaluation is not a final decision of the district court. *See* 28 U.S.C. § 1291 (giving courts of appeals jurisdiction over "final decisions of the district courts").

Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellant elects to show cause, a response may be filed within 8 days after service of the memorandum.

If appellant does not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

HS/MOATT

Briefing is suspended pending further order of the court.

For the Court:

Molly Dwyer
Clerk of Court

By: Helene Silverberg
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A