(1 of 2 pgs.)

**RECEIVED**
CLERK U.S. DISTRICT COURT
AUG 26 2008
DISTRICT OF HAWAII

08-21-08

To Judge Helen Gillmor

Dear Ma'am,

I am writing to inform the court that I have written to my attorney asking him to remove himself from this case.

In the letter I indicated that I realized that he was busy at the time. I also reminded him of the many requests that he hasn't fulfilled. About a dozen in all. Many of them go back atleast 5 weeks during a time when he wasn't as busy. A number of the requests go back months. I also repeated that we disagree on a number of issues.

Additionally, I stated in the letter that he had misrepresented himself (I believe I made reference to that in a previous letter). In a separate discussion I informed him that he failed to attack the sufficiency of the evidence at the probable cause hearing when he had everything in front of him to rebutt any and all of the allegations. Furthermore I reminded him of the dozens of cases I provided to him that are relevant to this case. Again - ineffective counsel. I instructed him to call some witnesses which will now be difficult to find them. Again another instance of ineffective counsel. I suspect I will have to possibly wait until I get out to make progress again. I closed the letter stating that he leaves me no choice but to request that he remove himself from this case.

I request that the court remove my present attorney and appoint another. I am also requesting that an extension be granted under Rule 26 of the Federal Rules of Apellate Procedure.

JB

08-21-08

It is not my wish to disrupt the court nor do I wish the court hold these changing of attorneys against me since it is these attorneys who are failing to fulfill their duties to their clients.

Sincerely,

JAMES BOHOL