Name: James Bond 'cA'
Number: 84137022
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820

Legal Mail

**FEDERAL DETENTION CENTER**
P.O. BOX 30080
HONOLULU, HI 96819
DATE: 8/22/08
"SPECIAL MAIL"
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Judge Helen Gillmor
United States District Court
District of Hawaii
300 Ala Moana Blvd
Honolulu, Hawai'i 96850

ATTENTION –

HONOLULU HI 968
22 AUG 2008 PM 3 T

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 25 2008
DISTRICT OF HAWAII



IN INSTITUTION MAIL 08-21-08